| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Covington, Virginia M | 2. Court or Organization District Court-Middle Florida | 3. Date of Report 4/22/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge Nominee | 5. ReportType (check appropriate type) ⊙ Nomination, Date 4/20/2004 ○ Initial ○ Annual ○ Final | 6. Reporting Period 1/1/2003 to 3/31/2004 |
| 7. Chambers or Office Address 1700 North Tampa Street Suite 300 Tampa, Florida 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Georgetown University Law Center National Alumni Board |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Teco Energy, Inc. | |
| 2. | 2003 | Teco Energy, Inc. | |
| 3. | 2002 | Teco Energy, Inc. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 4. | 2004 | State of Florida | $35,947.32 |
| 5. | 2003 | State of Florida | $140,665.26 |
| 6. | 2002 | State of Florida | $139,365.69 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. Exempt | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. Exempt | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M | 4/22/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Merrill Lynch Investment Account | A | Interest | | | | Exem | Ex | Ex | |
| 2. Solomon Smith Barney IRA | A | Interest | | | | Exem | Ex | Ex | |
| 3. Bank of America Accounts | A | Interest | K | T | | Exem | Ex | Ex | |
| 4. Prudential Whole Life | No | | J | T | | Exem | Ex | Ex | |
| 5. Walt Disney Common Stock | A | Dividend | J | T | | Exem | Ex | Ex | |
| 6. Intel Corporation Common Stock | A | Dividend | J | T | | Exem | Ex | Ex | |
| 7. Microsoft Common Stock | A | Dividend | J | T | | Exem | Ex | Ex | |
| 8. AT&T Common Stock | A | Dividend | J | T | | Exem | Ex | Ex | |
| 9. Putnam Mutual Funds | A | Capital Gain | J | T | | Exem | Ex | Ex | |
| 10. Florida Progress Savings Plan | A | Interest | J | T | | Exem | Ex | Ex | |
| 11. Robert Baird Money Market Fund | A | Interest | K | T | | Exem | Ex | Ex | |
| 12. TECO Savings Plan | B | Interest | K | T | | Exem | Ex | Ex | |
| 13. TECO Pension Plan | | None | | | | Exem | Ex | Ex | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes: Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Covington, Virginia M | 4/22/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Covington, Virginia M | 4/22/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Virginia Mae Hungby Covington_     Date _April 22, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 35,000 | Notes payable to banks-secured | 41,000 |
| U.S. Government securities-add schedule | | Notes payable to banks-unsecured | |
| Listed securities-add schedule | 5,000 | Notes payable to relatives | |
| Unlisted securities--add schedule | | Notes payable to others | |
| Accounts and notes receivable: | | Accounts and bills due | |
| Due from relatives and friends | | Unpaid income tax | |
| Due from others | | Other unpaid income and interest | |
| Doubtful | | Real estate mortgages payable-add schedule | 80,000 |
| Real estate owned-add schedule | 550,000 | Chattel mortgages and other liens payable | |
| Real estate mortgages receivable | | Other debts-itemize: | |
| Autos and other personal property | 160,000 | | |
| Cash value-life insurance | 1,000 | | |
| Other assets itemize: | | | |
| Thrift/Savings Plan | 85,000 | | |
| Retirement Plans | undetermined | | |
| 401K | 160,000 | Total liabilities | 121,000 |
| | | Net Worth | 875,000 |
| Total Assets | 996,000 | Total liabilities and net worth | 996,000 |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | None | Are any assets pledged? (Add schedule) | No |
| On leases or contracts | None | Are you defendant in any suits or legal actions? | No |
| Legal Claims | None | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | withheld from pay | | |
| Other special debt | None | | |